No. 92–5074. OSBURN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5075. LIZCANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5076. CRAVEIRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–5077. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5078. SLAYBACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5079. SAUNDERS v. RILEY, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–5080. DUVALL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–5081. AMPARO SANCHEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–5082. BAILEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5084. ROY-THOMISON ET AL. v. OAKLAND PROBATE COURT. Ct. App. Mich. Certiorari denied.

No. 92–5085. SMITH v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5086. DOYLE v. MARTIN, SECRETARY OF LABOR, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5087. ORTBERG v. MOODY, SUPERINTENDENT, WILDWOOD CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 92–5089. JORDAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5090. HILDEBRANDT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.